# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DOUGLAS KESSLER,        :   No. 99 WM 2017

           Petitioner     :

              v.             :

M. D. OVERMYER, SUPERINTENDENT    :
OF SCI FOREST,                      :

           Respondent    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of January, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.